UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

GREAT LAGOON, LLC,

                 Plaintiffs,

-against-

RANDY DODD, WELLS FARGO BANK
NATIONAL ASSOCIATION, NOT IN ITS
INDIVIDUAL CAPACITY, BUT SOLELY AS
TRUSTEE FOR SRMOF II 2011-1 TRUST,

                 Defendant.

Case No. 2:18-cv-6548-SJF-GRB

**WELLS FARGO BANK NATIONAL
ASSOCIATION'S NOTICE OF
MOTION TO DISMISS THE
COMPLAINT**

Please take notice, that, upon the annexed declaration of Kathleen R. Fitzpatrick, dated

December 21, 2018, and the exhibits thereto, and the accompanying memorandum of law, dated

December 21, 2018, defendant Wells Fargo Bank National Association, not in its Individual

Capacity, but solely as Trustee For SRMOF II 2011-1 Trust will move this Court, before the

honorable Sandra J. Feuerstein, in the United States Courthouse, located at 100 Federal Plaza,

Central Islip, New York 11722, for an order pursuant to Fed. R. Civ. P. 12(b)(6) dismissing the

complaint in its entirety and such other and further relief as this Court deems just and proper.

Dated:  December 21, 2018

                            **AKERMAN LLP**

By:   *s/ Kathleen R. Fitzpatrick*
        Kathleen R. Fitzpatrick
        Jordan M. Smith
        666 Fifth Avenue, 20th Floor
        New York, New York 10103
        Tel:  212-880-3800
        kathleen.fitzpatrick@akerman.com
        jordan.smith@akerman.com
        *Attorneys for Defendant*
        *Wells Fargo Bank National*
        *Association, not in its Individual*
        *Capacity, but solely as Trustee for*
        *SRMOF II 2011-1 Trust*

1