

450 Seventh Ave
Suite 1408
New York, NY 10123

Danielle P. Light
dlight@hasbanilight.com
T. 646.490.6677
F. 347.491.4048

Admitted in NY & NJ

April 29, 2019

**Via ECF**
Hon. Sandra J. Feuerstein, U.S.D.J.
United States District Court for the
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

RE: Request for Adjournment on Consent

Dear Hon. Judge Feuerstein:

This is a request for an adjournment of the conference scheduled for May 1, 2019 at 11:15 am. This request is being submitted on consent of counsel for Defendant, Wells Fargo Bank National Association, Not in its Individual Capacity or Banking Capacity, But Solely as Trustee for SRMOF II 2011-1 Trust ("Defendant"). The parties request that the conference be rescheduled to June 12, 2019, June 19, 2019 or June 20, 2019 at 11:15 am. The parties have reached a settlement and Plaintiff awaits a settlement agreement from Defendant to finalize the settlement. Please let us know whether we can provide the Court with additional information.

Regards,

/s/ Danielle P. Light
Danielle P. Light, Esq.