

**HASBANI & LIGHT, P.C.**
ATTORNEYS AT LAW

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 13 2019 ★
LONG ISLAND OFFICE

450 Seventh Ave
Suite 1408
New York, NY 10123

May 13, 2019

Danielle P. Light
dlight@hasbanilight.com
T. 646.490.6677
F. 347.491.4048

Admitted in NY & NJ

**Via ECF**
Hon. Sandra J. Feuerstein, U.S.D.J.
United States District Court for the
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

RE: Settlement  Case No. 18-cv-6548

Dear Hon. Judge Feuerstein:

We write to provide the Court with an updated status on this matter. The parties have reached a confidential settlement in this case. The agreements are with our respective clients for signature. For the foregoing reason, our office will be filing a stipulation of dismissal of the instant action and we request that the status conference scheduled for May 14, 2019 be removed from the Court's calendar. We thank the Court for its time and consideration of this matter.

Regards,

/s/ Danielle P. Light
Danielle P. Light, Esq.

cc: Joseph DeFazio, Esq.
Counsel for Defendant Wells Fargo, as Trustee
*Via ECF and Email*

May 13, 2019 : ORDER DISMISSING CASE - Plaintiff having advised The Court that This matter has settled, This case is closed with leave to reopen on ten (10) days notice by no later Than June 14, 2019. The May 14, 2019 status Conference is marked off The Court's Calendar.
SO ORDERED.

s/ Sandra J. Feuerstein
Sandra J. Feuerstein, U.S.D.J.